UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEWMAN S. PERRY, JR.,<br><br>Defendant. | No. 2:18-cv-1074 JAM AC PS<br><br><br><br>ORDER |

Defendant is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 15, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 54. Defendant has filed amended objections to the findings and recommendations. ECF No. 56. Plaintiff has filed a response to the amended objections. ECF No. 57.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 15, 2018, are adopted in full; and
2. Defendant's motion to dismiss (ECF No. 47) is denied.

DATED: January 15, 2019

                                    /s/ John A. Mendez

                                    UNITED STATES DISTRICT COURT JUDGE