UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cv-1074 JAM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| NEWMAN S. PEERY, JR., | |
| Defendant. | |

Defendant is proceeding in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 31, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 101. Neither party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 31, 2019, are adopted in full;

1

2. The United States' motion for summary judgement (ECF No. 88) is granted;

3. Defendant Newman S. Peery, Jr. is found indebted to the United States in the amount of $276,870.94 for unpaid individual federal income tax and penalties for 2009 and 2010, less any additional credits according to proof, plus interest and other statutory additions, as provided by law, from July 24, 2019 until the judgment is fully paid;

4. Defendant Peery's cross-motion for summary judgment (ECF No. 91) is denied; and

5. This case is closed.

DATED:  September 3, 2019

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE