UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEWMAN S. PEERY, JR,<br><br>Defendant. | No. 2:18-cv-01074-JAM-AC<br><br><br><br>ORDER |

Defendant proceeded pro se in this closed case, and accordingly is referred to the undersigned pursuant to Local Rule 302(c)(21). On October 2, 2019, defendant filed a Motion to Proceed In Forma Pauperis. ECF No. 110. To the extent that the motion is directed to this court, it will be denied.

This case was closed on September 4, 2019, and judgement was entered for the United States. ECF No. 107. Defendant sought reconsideration, which was denied by the District Judge assigned to this case. ECF No. 116. Defendant was sanctioned on grounds that the motion for reconsideration was frivolous. Id.

Defendant is advised that documents filed since the closing date will be disregarded and no orders will issue in response to future filings. Defendant's motion at ECF No. 110, and his filings at ECF Nos. 117 and 118, were filed after this case was closed and will not be considered.

////

////

1

Defendant is advised that documents related to his appeal must be filed directly in the Court of Appeals and should not be filed in this court.

IT IS SO ORDERED.

DATED: February 12, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE